| | | | |
|---|---|---|---|
| Freedom Medical Supply v. Allstate Fire | 3420 EDA 2015<br>Affirmed | 11/15/2016 | October Term, 2013,<br>No. 2268<br>(Philadelphia) |
| Com. v. Edwards..................... | 3467 EDA 2015<br>Affirmed | 11/15/2016 | CP–09–CR–0006848–<br>2014<br>(Bucks) |
| Com. v. Guarrasi..................... | 3514 EDA 2015<br>Affirmed | 11/15/2016 | CP–09–CR–0005423–<br>2004<br>(Bucks) |
| Busciacco v. Acme Markets, Inc. ....... | 3705 EDA 2015<br>Affirmed | 11/15/2016 | No. 03328 August<br>Term, 2014<br>(Philadelphia) |
| In the Interest of: C.G................. | 3737 EDA 2015<br>Affirmed | 11/15/2016 | 51–FIN–001889–2015<br>CP–51–DP–0002298–<br>2015<br>(Philadelphia) |
| In the Interest of: V.G................. | 3738 EDA 2015<br>Affirmed | 11/15/2016 | 51–FN–001889–2015<br>CP–51–DP–0002296–<br>2015<br>(Philadelphia) |
| Com. v. Bishop ...................... | 3747 EDA 2015<br>Affirmed | 11/15/2016 | CP–51–CR–1208991–<br>2002<br>(Philadelphia) |
| Com. v. White ...................... | 23 EDA 2016<br>Affirmed | 11/15/2016 | CP–51–CR–0013498–<br>2007<br>(Philadelphia) |
| Com. v. Brown ..................... | 87 EDA 2016<br>Affirmed | 11/15/2016 | CP–39–CR–0003709–<br>2004<br>(Lehigh) |
| Meyer–Chatfield Corp. v. Bank Financial<br>Services .......................... | 227 EDA 2016<br>Affirmed | 11/15/2016 | No. 2013–29858<br>No. 2013–29858<br>No. 2013–30326<br>No. 2013–30326<br>(Montgomery) |
| Com. v. Roselli ..................... | 327 EDA 2016<br>Affirmed | 11/15/2016 | CP–46–CR–0000820–<br>2011<br>(Montgomery) |
| Com. v. Barlow ..................... | 328 EDA 2016<br>Affirmed | 11/15/2016 | CP–15–CR–0001166–<br>2009<br>(Chester) |
| Com. v. Wallace ..................... | 423 EDA 2016<br>Affirmed | 11/15/2016 | CP–51–CR–0407921–<br>1998<br>(Philadelphia) |
| In the Interest of: C.M. ................ | 1095 EDA 2016<br>Affirmed | 11/15/2016 | CP–15–DP–0000053–<br>2013<br>(Chester) |
| Com. v. Reynolds .................... | 824 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/15/2016 | CP–40–CR–0000335–<br>2013<br>CP–40–CR–0000856–<br>2013<br>(Luzerne) |